United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Judith A. Smith  
       Debtor

Case No. 17-18559-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Jan 08, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2018.  
db         +Judith A. Smith,   1610 N. 2nd Street,   Philadelphia, PA 19122-3102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2018 at the address(es) listed below:

         MICHAEL A. CIBIK2    on behalf of Debtor Judith A. Smith ecf@ccpclaw.com, cibikmr70146@notify.bestcase.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                             TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                 :        CHAPTER 13

JUDITH A. SMITH                        :        BKY. NO.  17-18559MDC13

O R D E R

AND NOW, this  8th  day of  January , 2018 upon consideration of Debtor's Application for an Extension of Time to file Chapter 13 Schedules, Statement of Financial Affairs and Plan.

It is Ordered that the Motion is Granted. Debtor has until **1/19/18** to file the necessary Schedules, Statement of Financial Affairs & Plan in the above captioned matter.

By the Court:

_____
Hon.  Magdeline D. Coleman
U.S. Bankruptcy Court Judge

cc:
Michael A. Cataldo, Esquire
Cibik & Cataldo, P.C
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

William Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105